AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| Lucinda Little, et al. <br> *Plaintiff* <br> v. <br> Emilio Vasquez, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 17-1562 <br> ) <br> ) |

### WAIVER OF THE SERVICE OF SUMMONS

To: Samuel C. Stretton, Esquire
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____04/19/2017_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 4.19.17

*Signature of the attorney or unrepresented party*

Philadelphia City Commissioners
*Printed name of party waiving service of summons*
Commissioner Anthony Clark,
Commissioner Al Schmidt,
and Commissioner Lisa Deeley
in their official capacities.

Ben Field, Esquire
*Printed name*
City of Philadelphia Law Department
1515 Arch Street, Philadelphia, PA 19102
*Address*

benjamin.field@phila.gov
*E-mail address*

(215) 683-5024
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUCINDA LITTLE, CHERI HONKALA, THE GREEN PARTY OF PENNSYLVANIA, REPUBLICAN CITY COMMITTEE OF PHILADELPHIA and REPUBLICAN PARTY OF PENNSYLVANIA (a/k/a) REPUBLICAN STATE COMMITTEE,<br>　　　　　　PLAINTIFFS<br>　　V.<br>EMILIO VASQUEZ, COMMISSIONER ANTHONY CLARK, COMMISSIONER AL SCHMIDT, COMMISSIONER LISA M. DEELEY, PEDRO CORTES, SECRETARY OF THE COMMONWEALTH, DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION and PHILADELPHIA CITY DEMOCRATIC COMMITTEE,<br>　　　　　　DEFENDANTS | DOCKET NO. 2:17-cv-01562-JHS |

**CERTIFICATE OF SERVICE**

I hereby certify I am this date serving a copy of the Waiver of Service of Summons of the Defendants, City Commissioners Clark, Schmidt and Deeley, by their counsel, Ben Field, Esquire, in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Linda A. Kerns, Esquire
   1420 Locust Street, Suite 200
   Philadelphia, PA  19102
   (215) 731-1400
   Attorney I.D. No. 84495
   Attorney for Plaintiffs, Republican City Committee of
     Philadelphia and Lucinda Little, duly nominated
     candidate and Registered elector

2.   Joel L. Frank, Esquire
     Lamb McErlane, PC
     P.O. Box 565
     West Chester, PA  19381-0565
     (610) 430-8000
     Attorney I.D. No. 46601
     Attorney for Plaintiff, Republican State Committee

3.   Benjamin H. Field, Esquire
     Deputy City Solicitor
     Affirmative and General Litigation Unit
     City of Philadelphia Law Department
     1515 Arch Street
     Philadelphia, PA  19102
     (215) 683-5024
     Attorney for Defendants, Philadelphia City
       Commissioners, Commissioner Anthony Clark,
       Commissioner Al Schmidt and Commissioner Lisa Deeley

4.   Ian B. Everhart, Esquire
     Pennsylvania Department of State
     Office of Chief Counsel
     306 North Office Building
     Harrisburg, PA  17102-0102
     (717) 783-0736
     Attorney for Pennsylvania Department of State

5.   Emilio Vasquez
     3643 N. Percy Street
     Philadelphia, PA  19140
     Defendant

6.   Pedro Cortes
     Secretary of the Commonwealth of PA
     Office of the Secretary
     302 N. Office Building
     Harrisburg, PA  17120
     Defendant

7.    Philadelphia City Democratic Committee
      219 Spring Garden Street
      Philadelphia, PA  19123
      Defendant

                      Respectfully submitted,

*April 20, 2017*           *s/Samuel C. Stretton*
      Date                Samuel C. Stretton, Esquire
                      Attorney for Plaintiffs,
                       The Green Party of Pennsylvania
                       and Cheri Honkala
                      301 S. High St., P.O. Box 3231
                      West Chester, PA  19381
                      (610) 696-4243
                      Attorney I.D. No. 18491