**SAMUEL C. STRETTON**
**ATTORNEY AT LAW**
103 South High Street
P.O. Box 3231
West Chester, PA   19381-3231

---

**610-696-4243**
**FAX 610-696-2919**

November 27, 2017

Honorable Joel H. Slomsky
United States District Court for the
 Eastern District of Pennsylvania
United States Courthouse, Room 5614
601 Market Street
Philadelphia, PA   19106

  Re: <u>Lucinda Little, et al. v. Emilio Vazquez, et al.</u>
    Civil Action No. 2:17-cv-01562-JHS

Dear Judge Slomsky:

  Please be advised I represent the Plaintiffs, Cheri Honkala and The Green Party of Pennsylvania. I filed a Supplemental Memorandum of Law in Opposition to the Motions to Dismiss of the Defendants on or about November 8, 2017. I had my secretary check to see if any other Briefs had been filed since I had not received any. My secretary discovered the other Briefs had been filed, but under a different case and docket number (<u>Acosta, et al. v. Democratic City Committee, et al.</u>:   Civil Action No. 2:17-cv-01462). She also noted there was an Order dated August 10, 2017 consolidating the two cases and instructing future filings to be docketed under Civil Action No. 17-1462.

  I did not realize the cases had been consolidated and I do not represent any of the parties in the 1462 action. Further, I am not on the Court's service list, so I am not receiving notification of any filings or activity. No one sent copies of their Briefs to me, either. Therefore, I never received copies of the other Briefs.

  My question is, should I refile my Memorandum of Law under Civil Action No. 17-1462? If so, I assume I would have to file an Entry of Appearance since I am not associated with the case.

Honorable Joel H. Slomsky
November 27, 2017
Page Two


That could create a problem also since I am not counsel for any of the parties in that case.

    I will await Your Honor's advice.

                        Respectfully yours,

                        Samuel C. Stretton

SCS:jac
Cc:  Linda A. Kerns, Esquire
     Joel L. Frank, Esquire
     Timothy E. Gates, Esquire
     Kathleen M. Kotula, Esquire
     Benjamin H. Field, Esquire
     Adam C. Bonin, Esquire
     Marni Jo Snyder, Esquire
     Matthew B. Weisberg, Esquire
     Anthony George Kyriakakis, Esquire
     Karl S. Myers, Esquire
     Orlando A. Acosta
     Cheri Honkala

(VIA ELECTRONIC FILING)