IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO A. ACOSTA and EDWARD LLOYD,<br>    PLAINTIFFS<br><br>    V.<br><br>DEMOCRATIC CITY COMMITTEE, EMILIO VAZQUEZ, CARLOS MATOS, ELAINE TOMLIN, JEWELL WILLIAMS, DWANE LILLES, SHIRLEY GREGORY, EL-AMOR BROWNE ALI, LESLIE ACOSTA, MIKE TURZAI, PHILADELPHIA CITY COMMISSIONERS & COUNTY PHILADELPHIA BOARD OF ELECTIONS and PENNSYLVANIA DEPARTMENT OF STATE – BUREAU OF ELECTIONS,<br>    DEFENDANTS | DOCKET NO. 2:17-cv-01462-JHS |
| LUCINDA LITTLE, CHERI HONKALA, THE GREEN PARTY OF PENNSYLVANIA, REPUBLICAN CITY COMMITTEE OF PHILADELPHIA and REPUBLICAN PARTY OF PENNSYLVANIA (a/k/a) REPUBLICAN STATE COMMITTEE,<br>    PLAINTIFFS<br><br>    V.<br><br>EMILIO VAZQUEZ, COMMISSIONER ANTHONY CLARK, COMMISSIONER AL SCHMIDT, COMMISSIONER LISA M. DEELEY, PEDRO CORTES, SECRETARY OF THE COMMONWEALTH, DEPARTMENT OF STATE, BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION and PHILADELPHIA CITY DEMOCRATIC COMMITTEE,<br>    DEFENDANTS | DOCKET NO. 2:17-cv-01562-JHS |

<u>MOTION OF THE PLAINTIFFS, CHERI HONKALA, THE GREEN PARTY OF PENNSYLVANIA, REPUBLICAN CITY COMMITTEE OF PHILADELPHIA AND LUCINDA LITTLE, FOR AN EXTENSION OF FOUR (4) DAYS TO FILE AN AMENDED COMPLAINT</u>

The Plaintiffs, Cheri Honkala, the Green Party of Pennsylvania, Republican City Committee of Philadelphia and Lucinda Little, by and through their counsel, Samuel C. Stretton, Esquire and Linda A. Kerns, Esquire, respectfully request this Honorable Court grant an extension of four (4) days to file an Amended Complaint for the following reasons:

1. Pursuant to the Order of the Honorable Joel S. Slomsky dated January 22, 2018, the Plaintiffs are directed to file an Amended Complaint within twenty (20) days.

2. Present counsel calculates the Plaintiffs' Amended Complaint would be due on or before Monday, February 12, 2018.

3. Although the Order is dated January 22, 2018, it was not docketed until January 23, 2018, and was not received by present counsel until January 24, 2018.

4. During that time period, present counsel, Samuel C. Stretton, Esquire, was doing the final move of his law office, involving the move of thousands of files.

5. Present counsel, Samuel C. Stretton, Esquire, had had numerous hearings and trials, and has filed a number of appellate briefs.

6. Present counsel, Samuel C. Stretton, Esquire, is a sole practitioner and needs an additional four days, until Friday, February 16, 2018, to file the Amended Complaint on behalf of the Plaintiffs.

WHEREFORE, the Plaintiffs, Cheri Honkala, the Green Party of Pennsylvania, Republican City Committee of Philadelphia and Lucinda Little, by and through their counsel, Samuel C. Stretton, Esquire and Linda A. Kerns, Esquire, respectfully request this Honorable Court grant an extension of four (4) days to file an Amended Complaint for the reasons above stated.

Respectfully submitted,

*s/Samuel C. Stretton*
Samuel C. Stretton, Esquire
Attorney for Plaintiffs, Cheri
 Honkala and the Green Party of
 Pennsylvania
103 South High Street
P.O. Box 3231
West Chester, PA  19381-3231
(610) 696-4243
Attorney I.D. No. 18491


*s/Linda A. Kerns, Esquire*
Linda A. Kerns, Esquire
Attorney for Plaintiffs, Republican
 City Committee of Philadelphia and
 Lucinda Little
1420 Locust Street, Suite 200
Philadelphia, PA  19102
(215) 731-1400
linda@lindakernslaw.com
Attorney I.D. No. 84495

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO A. ACOSTA and EDWARD LLOYD, : : PLAINTIFFS : : V. : : DEMOCRATIC CITY COMMITTEE, : EMILIO VAZQUEZ, CARLOS MATOS, : ELAINE TOMLIN, JEWELL WILLIAMS, : DWANE LILLES, SHIRLEY GREGORY, : EL-AMOR BROWNE ALI, LESLIE : ACOSTA, MIKE TURZAI, : PHILADELPHIA CITY COMMISSIONERS : & COUNTY PHILADELPHIA BOARD OF : ELECTIONS and PENNSYLVANIA : DEPARTMENT OF STATE - BUREAU OF : ELECTIONS, : DEFENDANTS : | DOCKET NO. 2:17-cv-01462-JHS |
| LUCINDA LITTLE, CHERI HONKALA, : THE GREEN PARTY OF PENNSYLVANIA,: REPUBLICAN CITY COMMITTEE OF : PHILADELPHIA and REPUBLICAN : PARTY OF PENNSYLVANIA (a/k/a) : REPUBLICAN STATE COMMITTEE, : PLAINTIFFS : : V. : : EMILIO VAZQUEZ, COMMISSIONER : ANTHONY CLARK, COMMISSIONER : AL SCHMIDT, COMMISSIONER LISA M.: DEELEY, PEDRO CORTES, SECRETARY : OF THE COMMONWEALTH, DEPARTMENT : OF STATE, BUREAU OF COMMISSIONS,: ELECTIONS AND LEGISLATION and : PHILADELPHIA CITY DEMOCRATIC : COMMITTEE, : DEFENDANTS : | DOCKET NO. 2:17-cv-01562-JHS |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify I am this date serving a copy of the Motion of the Plaintiffs, Cheri Honkala, the Green Party of Pennsylvania, Republican City Committee of Philadelphia and Lucinda Little, for an Extension of Time to File the Amended Complaint in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Linda A. Kerns, Esquire
   1420 Locust Street, Suite 200
   Philadelphia, PA  19102
   (215) 731-1400
   linda@lindakernslaw.com
   Attorney I.D. No. 84495
   Counsel for Plaintiffs, Republican City Committee of
    Philadelphia and Lucinda Little

2. Joel L. Frank, Esquire
   Lamb McErlane, PC
   P.O. Box 565
   West Chester, PA  19381-0565
   (610) 430-8000
   jfrank@lambmcerlane.com
   Attorney I.D. No. 46601
   Counsel for Plaintiff, Republican State Committee

3. Timothy E. Gates, Chief Counsel
   Pennsylvania Department of State
   306 North Office Building
   Harrisburg, PA  17120
   (717) 783-0736
   tgates@pa.gov
   Counsel for Defendants Pedro Cortes, Secretary of the
    Commonwealth and Department of State Bureau of
        Commissions, Elections and Legislation

4.  Kathleen M. Kotula, Deputy Chief Counsel
    Pennsylvania Department of State
    306 North Office Building
    Harrisburg, PA   17120
    (717) 783-0736
    kkotula@pa.gov
    Counsel for Defendants Pedro Cortes, Secretary of the
    Commonwealth and Department of State Bureau of
    Commissions, Elections and Legislation

5.  Benjamin H. Field, Esquire
    City of Philadelphia Law Department
    1515 Arch Street, 15th Floor
    Philadelphia, PA   19102
    (215) 683-5024
    Benjamin.field@phila.gov
    Counsel for Commissioner Anthony Clark, Commissioner
    Al Schmidt and Commissioner Lisa M. Deeley

6.  Adam C. Bonin, Esquire
    The Law office of Adam C. Bonin
    30 South 15th Street, 15th Floor
    Philadelphia, PA   19102
    (215) 864-8002
    adam@boninlaw.com
    Counsel for State Representative Emilio Vazquez

7.  Marni Jo Snyder, Esquire
    Law Offices of M.J. Snyder, LLC
    Land Title Building
    100 South Broad Street
    Suite 1910
    Philadelphia, PA   19110
    (215) 515-3360
    marni@snyderlawyer.com

8.  Orlando A. Acosta
    5355 Belfield Avenue
    Philadelphia, PA   19144
    Orlandoacosta979@gmail.com
    Pro Se Plaintiff

9.  Matthew P. Weisberg, Esquire
    Weisberg Law PC
    7 South Morton Avenue
    Morton, PA  19070
    (610) 690-0801
    mweisberg@weisberglawoffices.com
    Counsel for Plaintiff, Edward Lloyd

10. Anthony George Kyriakakis, Esquire
    Dilworth Paxson, LLP
    1500 Market Street, Suite 3500 E
    Philadelphia, PA  19102
    (215) 575-7149
    akyriakakis@dilworthlaw.com
    Counsel for Defendants, Carlos Matos, Elaine Tomlin,
     Jewell Williams, Dwane Lilles, Shirley Gregory and
     El-Amor Browne Ali

11. Karl S. Myers, Esquire
    Stradley, Ronon, Stevens & Young, LLP
    2600 One Commerce Square
    Philadelphia, PA  19103-7098
    (215) 564-8120
    kmyers@stradley.com
    Counsel for Defendants, Leslie Acosta and Mike Turzai

|  |  |
|---|---|
| February 7, 2018 | Respectfully submitted, |
| Date | s/Samuel C. Stretton |
|  | Samuel C. Stretton, Esquire |
|  | Attorney for Plaintiffs, Cheri Honkala and the Green Party of PA |
|  | 103 South High Street, P.O. Box 3231 |
|  | West Chester, PA  19381-3231 |
|  | (610) 696-4243 |
|  | Attorney I.D. No. 18491 |
|  |  |
|  | s/Linda A. Kerns, Esquire |
|  | Linda A. Kerns, Esquire |
|  | Attorney for Plaintiffs, Republican City Committee of Philadelphia and Lucinda Little |
|  | 1420 Locust Street, Suite 200 |
|  | Philadelphia, PA  19102 |
|  | (215) 731-1400 |
|  | linda@lindakernslaw.com |
|  | Attorney I.D. No. 84495 |